ISABEL M. McGRATH AND WILLIAM A. McGRATH, PLAINTIFFS-APPELLEES, v. OLIVER FRAKE, DEFENDANT-APPELLANT.

Decided October 16, 1929.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER and BODINE.

For the defendant-appellant, *Applegate, Stevens, Foster, Leonard & Reussille*.

For the plaintiffs-appellees, *Cook & Stout*.

PER CURIAM.

The plaintiffs recovered judgments against the defendant. The sole ground of appeal is that the trial judge improperly charged the jury with respect to contributory negligence. We think that the trial judge correctly charged the point. *Durant* v. *Palmer*, 29 *N. J. L.* 544 (at *p.* 547).

The judgment will be affirmed.